**E-filed 12/4/06**

**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN M. LOPEZ,

Plaintiff,

v.

COMCAST, a corporation,

Defendant.

/

No. **C 06-02294 JF PVT**

STIPULATION AND ~~PROPOSED~~ ORDER REFERRING MATTER TO PRIVATE MEDIATION IN LIEU OF COURT MEDIATION

Plaintiff JOHN M. LOPEZ and defendant COMCAST by and through their attorneys of record, hereby agree and stipulate to the following:

1. The parties wish to set aside court appointed mediator, Jeffrey A. Ross, as they have agreed to private ADR. Mediation is scheduled before the Honorable Alfred G. Chiantelli, of ADR Services, Inc., on Monday, January 8, 2007, at 9:30 A.M., at the office of the mediator.

IT IS SO STIPULATED.

Dated: 11/20/06

BOHN & BOHN, LLP

BY: ______________________
ROBERT H. BOHN, ESQ.
Attorney for Plaintiff

///

Dated: November 21, 2006

FISHER & PHILLIPS, LLP

BY: ____________________
STACEY A. ZARTLER, ESQ.
Attorney for Defendant

SO ORDERED.

Dated: 12/4/06

____________________
JEREMY FOGEL
UNITED STATES DISTRICT COURT